UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, BY ATTORNEY GENERAL DOMINGO EMANUELLI HERNÁNDEZ<br><br>**Plaintiff**<br><br>v.<br><br>NAVIENT CORPORATION AND NAVIENT SOLUTIONS, LLC<br><br>**Defendants** | CASE NO. 3:23-CV-01410 |

## MOTION JOINING LEGAL REPRESENTATION

**TO THE HONORABLE COURT**

**COMES NOW**, the undersigned attorney and respectfully STATES and PRAYS:

1. On August 18, 2023, the Complaint of caption was filed.

2. The undersigned hereby gives notice of his appearance as additional counsel for Plaintiff Commonwealth of Puerto Rico, on behalf of itself and as *parens patriae* on behalf of the population of Puerto Rico, by Attorney General Domingo Emanuelli-Hernández, together with attorney Harold D. Vicente-Colón.

**WHEREFORE**, the undersigned respectfully requests that the Clerk of the Court and all parties take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21 day of August, 2023.

**VICENTE LAW, LLC**
P.O. Box 11609
San Juan, PR  00910-1609
Phone     (787) 751-8000
Facsimile  (787) 756-5250

*/s/ Harold D. Vicente-González*
**Harold D. Vicente-González**
USDC-PR  117711
E-Mail: *hvicente@vclawpr.com*

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   August 21, 2023                                  */s/ Harold D. Vicente-González*