UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Commonwealth of Puerto Rico, By Attorney General Domingo Emanuelli Hernández,<br><br>    Plaintiff,<br><br>    v.<br><br>Navient Corporation and Navient Solutions, LLC<br><br>    Defendants | Case No. 3:23-cv-01410 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Lara K. Richards of the law firm of Fishman Haygood, LLP appearing herein as counsel for Plaintiff requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in connection therewith, be given to and served at the following office address, telephone number and email address:

Lara K. Richards
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Telephone: (504) 586-5252
Email: lrichards@fishmanhaygood.com

Dated: August 23, 2023

        Respectfully submitted,

        */s/ Harold D. Vicente Colon*
        Harold D. Vicente-Colón

        */s/ Harold D. Vicente Gonzalez*
        Harold D. Vicente Gonzalez
        Vicente Law LLC
        Capital Center Sur Ph1-1201
        239 Arterial Hostos
        Hato Rey
        Tel. (787) 751-8000
        Fax (787) 756-5250
        hdvc@vclawpr.com

        */s/Lara K. Richards*
        Jason W. Burge (admitted *pro hac vice*)
        Kaja S. Elmer (admitted *pro hac vice*)
        Lara K. Richards (admitted *pro hac vice*)
        FISHMAN HAYGOOD, LLP
        201 St. Charles, 46th Floor
        New Orleans, LA 70170
        Telephone: (504) 585-5252
        Facsimile: (504) 586-5250
        jburge@fishmanhaygood.com
        kelmer@fishmanhaygood.com
        lrichards@fishmanhaygood.com

        Lynn E. Swanson (to be admitted *pro hac vice*)
        JONES SWANSON HUDDELL LLC
        601 Poydras Street, Suite 2655
        New Orleans, Louisiana 70130
        Telephone: (504) 523-2500
        Facsimile: (504) 523-2508
        lswanson@jonesswanson.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of filing to all counsel of record.

Date:   August 23, 2023              /s/Lara K. Richards