### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Commonwealth of Puerto Rico, By Attorney General Domingo Emanuelli Hernández,** <br><br> **Plaintiff,** <br><br> v. <br><br> **Navient Corporation; Navient Solutions, LLC,** <br><br> **Defendants.** | **Civil No. 23-1410 (SCC)** |

### APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT, CLERK OF THE COURT AND ALL PARTIES**:

**COME NOW**, Defendants, Navient Corporation and Navient Solutions, LLC (together "Navient"), through the undersigned counsel and hereby state and pray as follows:

The undersigned attorney is admitted to practice in this Court, and I appear in this case as counsel for Defendants Navient Corporation and Navient Solutions, LLC.

**RESPECTFULLY SUBMITTED**.

**CERTIFICATE OF SERVICE**: I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 18th day of September 2023.

**DELGADO & FERNÁNDEZ, LLC**
*Attorneys for Navient*
PO Box 11750
Fernández Juncos Station
San Juan, PR 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241

**s/Alfredo Fernández Martínez**
USDC-PR #210511
afernandez@delgadofernandez.com